160 A.3d 1280

IN THE MATTER OF WILLIAM J. TORRE, AN ATTORNEY AT LAW (ATTORNEY NO. 012931984)

June 1, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 17–029 of **WILLIAM J. TORRE** of **HASBROUCK HEIGHTS**, who was admitted to the bar of this State in 1984;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that

respondent violated *RPC* 1.15(a)(failure to safeguard funds and negligent misappropriation of client funds), *RPC* 1.15(d), *Rule* 1:21–6 (recordkeeping violations) and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d), *Rule* 1:21–6 and *RPC* 8.1(b), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0487E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **WILLIAM J. TORRE** of **HASBROUCK HEIGHTS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.